IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                        Cr. S-04-139 DFL

    v.

SERGIO ALAN FERNANDEZ,

    Defendant.                     <u>ORDER</u>

_____/

    On October 19, 2005, defendant Sergio Alan Fernandez moved to modify his sentence under 18 U.S.C. § 3852(c)(2). On October 31, 2005, defendant moved to vacate his sentence under 28 U.S.C. § 2255. After reviewing defendant's § 3852(c)(2) motion, the court concludes that it should be recharacterized as a motion under § 2255.

    Before recharacterizing defendant's § 3852(c)(2) motion as a motion under § 2255, the court must: (1) notify defendant that it intends to recharacterize his motion; (2) warn defendant that any subsequent § 2255 motions will be subject to certain

1

restrictions; and (3) provide defendant an opportunity to withdraw the motion or amend it to include all of his § 2255 claims. <u>Castro v. United States</u>, 540 U.S. 375, 383, 124 S.Ct. 786 (2003).

This order serves as the court's warning to defendant that unless he chooses to withdraw the motion, the court will recharacterize it as his first § 2255 motion. If the court recharacterizes this motion, then it will treat the § 2255 motion defendant filed on October 31, 2005, any additional § 2255 motions, and any other motions recharacterized as § 2255 motions, as successive § 2255 motions. If a successive § 2255 motion is not certified by an appellate panel, then the court will dismiss it without reaching the merits of the motion. 28 U.S.C. §§ 2255, 2244. In addition, defendant is hereby warned that failing to include a § 2255 claim in his first § 2255 motion may preclude that claim from ever being heard by a district court. Because of the importance of filing a comprehensive first § 2255 motion, the court is affording defendant an opportunity to withdraw or amend the motion filed on October 19, 2005.

If defendant withdraws the motion, the court will treat the § 2255 motion filed on October 31, 2005 as defendant's first § 2255 motion. If defendant amends the October 19, 2005 motion, then the court will treat the amendment as the first § 2255 motion and the October 31, 2005 filing as a successive § 2255 motion.

///

1  Defendant has forty-five (45) days from the date of this
2 order to amend or withdraw his October 19, 2005 motion, otherwise
3 the court will recharacterize it as his first § 2255 motion.
4  IT IS SO ORDERED.
5 Dated: 11/21/2005

_____
DAVID F. LEVI
United States District Judge