IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>  v.<br><br>SERGIO ALAN FERNANDEZ,<br><br>    Defendant/Petitioner./ | No. Cr. S-04-139 DFL<br><br>Memorandum of Opinion<br>and Order |

Sergio Alan Fernandez filed a motion, pursuant to 28 U.S.C. § 2255, to correct, vacate, or set aside his sentence based upon allegations of (1) ineffective assistance of counsel, (2) his "actual innocence," (3) an illegal search, and (4) various sentencing errors. Although Fernandez expressly waived his right to file a § 2255 motion in his plea agreement, the court considers the claim that counsel failed to inform him of the actual consequences of his plea. See Washington v. Lampert, 422 F.3d 864, 871 (9th Cir. 2005) (holding unenforceable a plea agreement that waives the right to challenge the voluntariness of the plea). Given evidence that "the court meticulously

explained the rights that [defendant] was agreeing to waive . . . and that [defendant] understood the nature of the waiver," the court holds the plea to be voluntary.  Id. at 873.  The valid waiver bars Fernandez's additional arguments concerning his innocence, the search, and sentence.  See United States v. Cortez-Arias, 425 F.3d 547, 548 (9th Cir. 2005) (applying waiver of appeal rights to Booker challenges); United States v. Abarca, 985 F.2d 1012, 1014 (9th Cir. 1993) (holding defendant's knowing and voluntary waiver § 2255 collateral review to be enforceable).  Therefore, the motion is DENIED.

    IT IS SO ORDERED.

Dated: June 18, 2007

    /s/ David F. Levi_____
    DAVID F. LEVI
    United States District Judge